# IN THE SUPREME COURT OF THE STATE OF NEVADA

BILLY CEPERO,
          Appellant,

vs.

THE STATE OF NEVADA,
          Respondent.

No. 74937

**FILED**

MAR 06 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a "motion requesting for the courts to direct (NDOC) to provide recordings of legal phone calls (attorney client) of exculpatory value to the case." Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Douglas W. Herndon, District Judge
      Billy Cepero
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

18-08837